# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

AUG 22 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**2:11-cr-00044-RWS-SSC**
**USA v. Thomas et al**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Open Court on 08/22/2012.

TIME COURT COMMENCED: 9:45 A.M.
TIME COURT CONCLUDED: 11:55 A.M.           COURT REPORTER: Sharon Upchurch
TIME IN COURT: 2:10                         DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [1]Frederick W. Thomas Present at proceedings<br>[2]Emory Dan Roberts Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Brown representing USA<br>Jeffrey Ertel representing Frederick W. Thomas<br>Michael Trost representing Emory Dan Roberts |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Court over-ruled the defendants presentence objections. Sentence: Custody of BOP for a term of 60 months for each defendant. Supervised Release: 3 years for each defendant. Court waived the fine & cost of incarceration. Defendants were advised of appeal rights. Sentence objections: None from the government; defendants objected. Remand to USM. |