# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ROOM 201, FEDERAL BUILDING
### 121 SPRING STREET, SE
### GAINESVILLE, GEORGIA 30501

**JAMES N. HATTEN**                                    **TELEPHONE**
**CLERK OF COURT**                                     **678-450-2760**


September 4, 2012


Jeffrey Lyn Ertel
Federal Defender Program Inc.-Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303

　　　　Re:　*United States of America v. Frederick W. Thomas*
　　　　　　**Criminal Action No.:  2:11-cr-00044-RWS-SSC**

Dear Mr. Ertel:

　　　　On 9/1/2012, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

　　_____　Docketing fee of $ 5.00

　　_____　Filing fee of $ 450.00

　　_____　or Application to proceed on appeal *in forma pauperis*.

　　___X___　Please complete the attached appeal information sheet as directed.


　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　By:　s/Vicki L. Dougherty
　　　　　　　　　　　　　　Deputy Clerk


cc:　　USCA