IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL ACTION |
| ) | |
| EMORY DAN ROBERTS, ) | NO. 2:11-CR-44 (RWS) |
| ) | |
| ) | |

NOTICE OF APPEAL

Notice is hereby given that defendant, EMORY DAN ROBERTS, appeals this Court's sentence imposing a term of imprisonment of 60 months in the custody of the bureau of prisons entered in a written order on August 22, 2012.

Dated: This 5th day of September, 2012.

Respectfully submitted,

/s/Michael J. Trost
Michael J. Trost
GA Bar No. 716685
Counsel for Mr. Roberts

Suite 300
1800 Peachtree Street N.W.
Atlanta, GA 30309
(404) 352-9300

<u>CERTIFICATE OF SERVICE</u>

This is to certify that the forgoing has been formatted in Times New Roman, 14 Point, in compliance with the Local Rule 5.1 (b) electronically served and delivered to:

        Jeffrey Brown, Esq.
        Assistant United States Attorney
        600 Richard B. Russell Building
        75 Spring Street, S.W.
        Atlanta, Georgia 30303

Dated:  This 5th day of September, 2012.

        <u>/s/Michael J. Trost</u>