ND/GA PROB 12B
(Rev. 1/21)

# UNITED STATES DISTRICT COURT

## for

## NORTHERN DISTRICT OF GEORGIA

### Petition to Modify Conditions of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing Attached)*

Name of Offender: **Ray H. Adams**          Docket No. **2:11-CR-044-04-RWS**

Judicial Officer: **Honorable Richard W. Story**
**Senior U.S. District Court Judge**

Date of Original Sentence: **November 14, 2014**

Original Offense: **Count One: Conspiracy to Possess and Produce a Biological Toxin for Use as a Weapon, 18 U.S.C. §175(a); Count Two: Possession of a Biological Toxin For Use as a Weapon, 18 U.S.C §175(a) and 2.**

Original Sentence: **120 months custody on Counts One and Two, to run concurrently, followed by five years of supervised release on Counts One and Two, to run concurrent. Notable conditions include a $200 special assessment, defendant is prohibited from possessing a firearm as defined in 18 U.S.C. §921, DNA testing, and submit to a search.**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **05/08/2020**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has agreed to a modification of the conditions of his supervision to include the following:

Ray H. Adams
**Docket No. 2:11-CR-044-04-RWS**
**Petition to Modify Conditions of Supervision**
**Page 2 of 3**

You must participate in a mental health treatment program and follow the rules and regulations of that program.   Such program may require that you submit to an evaluation and / or testing. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).   You must pay all or part of the costs of the program based on your ability to pay unless excused by the probation officer.

You must take all mental health medication prescribed by your treating provider. You must pay for all or part of the costs of medication based on your ability to pay unless excused by the probation officer.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

**PETITIONING THE COURT:**

To modify the conditions of supervision as follows:

You must participate in a mental health treatment program and follow the rules and regulations of that program.   Such program may require that you submit to an evaluation and / or testing. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).   You must pay all or part of the costs of the program based on your ability to pay unless excused by the probation officer.

You must take all mental health medication prescribed by your treating provider. You must pay for all or part of the costs of medication based on your ability to pay unless excused by the probation officer.

Ray H. Adams
Docket No. 2:11-CR-044-04-RWS
Petition to Modify Conditions of Supervision
Page 3 of 3

Respectfully submitted,

_____  3/5/2021        _____  3-8-21
Patrick D. Lifsey        Date             Kurt A. Warren            Date
Senior U.S. Probation Officer             Supervising U.S. Probation Officer

_____

_____

**THE COURT ORDERS:**

☑ The modification of conditions as noted above

☐ No Action

☐ Other

_____
Honorable Richard W. Story
Senior U.S. District Court Judge

_____
3/8/21
Date

PROB 49
(3/89)

# United States District Court

Northern District of Georgia

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mental Health Treatment:

You must participate in a mental health treatment program and follow the rules and regulations of that program. Such program may require that you submit to an evaluation and / or testing. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay all or part of the costs of the program based on your ability to pay unless excused by the probation officer.

You must take all mental health medication prescribed by your treating provider. You must pay for all or part of the costs of medication based on your ability to pay unless excused by the probation officer.

Witness: _____
Patrick D. Lifsey, Senior U.S. Probation Officer

Signed: _____
Ray H. Adams

March 4 2021
Date